**FILED**

SEP 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MORENO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, et al.,<br><br>　　　Defendants. | 1:98-CV-05731-REC-LJO-P<br><br>ORDER REASSIGNING CASE TO UNITED STATES DISTRICT JUDGE ANTHONY W. ISHII<br><br>Old case number　　1:98-CV-05731-REC-LJO-P<br>New case number　1:98-CV-05731-AWI-LJO-P |

　　　Plaintiff is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Good cause appearing, this matter is hereby randomly reassigned from United States District Judge Robert E. Coyle to United States District Judge Anthony W. Ishii, who shall act as presiding judge for this action. United States Magistrate Judge Lawrence J. O'Neill shall remain as Magistrate Judge assigned to this action. The new case number for this action is:

## 1:98-CV-05731-AWI-LJO-P

and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and received by the appropriate judicial officer.

IT IS SO ORDERED.

DATED: Sept 17, 06　　　　　　　　　　　　　　　／s／ Robert E. Coyle
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE ROBERT E. COYLE