IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MORENO, | 1:98-CV-05731-AWI-LJO-P |
| Plaintiff, | |
| vs. | ORDER DISREGARDING MOTION AS MOOT |
| JAMES GOMEZ, et al., | (Doc. 21) |
| Defendants. | |

Petitioner is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 3, 2006, plaintiff filed a motion for appointment of counsel in this action. Plaintiff's case was dismissed on August 13, 1999, and plaintiff's motion to reopen the case was denied on October 25, 2006. In light of the fact that the case has been closed, IT IS HEREBY ORDERED that the motion for appointment of counsel is disregarded as moot.

IT IS SO ORDERED.

**Dated:   December 8, 2006**            /s/ Lawrence J. O'Neill
b6edp0                              UNITED STATES MAGISTRATE JUDGE